**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

        Plaintiffs,

v.

CYNTHIA FOOTMAN,

        Defendant.

Case No.:  4:05cv301/SPM/AK

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Motion for Judgment Upon Default, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.    Plaintiffs' Application For Default Judgment By The Court is hereby granted.

2.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten sound recordings listed in Exhibit A to the Complaint.  Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

1

3. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred and Twenty Dollars ($ 320.00).

4. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"Stranger In My House", on album "A Nu Day" by artist Tamia (SR# 293-084);

"Chick on Da Side", on album "Mars/Venus", by artist Koffee Brown (SR# 194-728);

"Friend of Mine", on album "Soul of a Woman" by artist Kelly Price (SR#188-958);

"I Cross My Heart", on album "Pure Country", by artist George Strait (SR# 146-421);

"Make It Last Forever", on album "Make It Last Forever", by artist Keith Sweat (SR (SR# 86-761);

"Nice and Slow", on album "My Way", by artist Usher (SR# 257-730);

"Breathe Again", on album "Toni Braxton", by artist "Toni Braxton" (SR# 208-619);

"I'll Trade (A Million Bucks) featuring Lil' Mo", on album "Didn't See Me Coming" by artist Keith Sweat (SR# 293-086);

"Love Takes Time", on album "Mariah Carey", by artist Mariah Carey (SR# 118-408);

"Smooth Criminal", on album "Bad" by artist "Michael Jackson" (SR# 84-256);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,

upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

      DONE AND ORDERED this 6th day of January, 2006.

      *s/ Stephan P. Mickle*

      Stephan P. Mickle
      United States District Judge